**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KENNETH L. EDWARDS,**

            **Plaintiff,**

**-vs-**                                     **Case No.  6:08-cv-575-Orl-28GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

            **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S UNCONTESTED MOTION TO DISMISS (Doc. No. 21)** |
| **FILED:** | November 3, 2008 |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. | |

    On November 3, 2008, Plaintiff Kenneth L. Edwards ("Plaintiff") filed the present motion to dismiss ("Motion"). Doc. No. 21.  The Commissioner, who did not assert any counterclaims in the Answer, is not opposed to the relief requested in the Motion. *Id.* Accordingly,

    **IT IS RECOMMENDED** that the case be dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 4, 2008.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Honorable John Antoon, II
Counsel of Record